UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00195-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO DEVONNE JONES | ) | |

This matter is before the court on defendant's unopposed motion to continue sentencing. For good cause shown, the motion is ALLOWED. Sentencing is CONTINUED to 5 December 2011. Defendant's motion to seal the motion to continue is ALLOWED for good cause shown.

This 19 October 2011.

_____
W. Earl Britt
Senior U.S. District Judge