UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00195-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| MARIO DEVONNE JONES ) | |
| | |
| MAXINE HOLLAND RICHARDSON, ) | |
| Petitioner ) | |

This matter is before the court on the government's 18 January 2012 request for a 90-day discovery period regarding the petition of Maxine Holland Richardson filed pursuant to 21 U.S.C. § 853. It is ORDERED that the parties shall have 90 days from the date of this order to conduct discovery by deposition or otherwise, pursuant to the Federal Rules of Civil Procedure. The § 853(n) hearing is SET for 7 May 2012 in Raleigh, North Carolina.

This 18 January 2012.

_____
W. Earl Britt
Senior U.S. District Judge