```
IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF NORTH CAROLINA
              WESTERN DIVISION

              NO. 5:11-cr-195-BR
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MARIO DEVONNE JONES | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 9, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the August 9, 2011 Preliminary Order of Forfeiture, to wit: (a) $2,377.00 in United States Currency seized from the defendant, and (b) one 1999 Cadillac Seville STS (4-door), VIN 1G6KY5499XU921484, NC Registration No. ZZR-6286;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between November 18, 2011 and December 17, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, On April 17, 2012 a Withdrawal of Petition and Consent to Forfeiture was signed by Maxine Holland Richardson;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the August 9, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 3 May 2012.

_____
W. Earl Britt
Senior U.S. District Judge